# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROLYN COOPER**  PLAINTIFF

v.  No. 4:22-cv-745-DPM

**ALLSTATE INSURANCE COMPANY**  DEFENDANT

## ORDER

To better manage the Court's schedule, the jury trial is rescheduled to the week of 21 October 2024. The deadlines contained in the Final Scheduling Order, *Doc. 11*, remain in effect.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2023