# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROLYN COOPER**                                                     **PLAINTIFF**

v.                                       **No. 4:22-cv-745-DPM**

**ALLSTATE INSURANCE COMPANY**                        **DEFENDANT**

## ORDER

Joint status report, *Doc. 23*, appreciated.  The embedded motion to extend some specified deadlines is granted.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

6 October 2023