# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROLYN COOPER**  PLAINTIFF

v.  No. 4:22-cv-745-DPM

**ALLSTATE INSURANCE COMPANY**  DEFENDANT

## ORDER

Cooper's motion for extension of time, *Doc. 25*, is granted as modified. An Amended Final Scheduling Order extending discovery deadlines and the dispositive and *Daubert* motion deadlines will issue. The trial remains set on 7 October 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2023