# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CAROLYN COOPER                                                    PLAINTIFF

v.                                    No. 4:22-cv-745-DPM

ALLSTATE INSURANCE COMPANY                            DEFENDANT

### ORDER

Allstate's status report, *Doc. 30,* is appreciated.   Cooper must file a separate status report by 22 December 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2023