# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CAROLYN COOPER                                                    PLAINTIFF

v.                              No. 4:22-cv-745-DPM

ALLSTATE INSURANCE COMPANY                      DEFENDANT

## ORDER

Status report, *Doc. 35*, appreciated.  The embedded request for voluntary dismissal is granted.  The Court will dismiss this case without prejudice.  Fed. R. Civ. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 January 2024_