# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROLYN COOPER**                                                      **PLAINTIFF**

v.                          No. 4:22-cv-745-DPM

**ALLSTATE INSURANCE COMPANY**                            **DEFENDANT**

## JUDGMENT

Cooper's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2024